# Earnings Statement

**ADP**

GREAT SOUTHERN FINANCIAL CORP
P O BOX 9009
SPRINGFIELD, MO 65806

Period Ending: 04/30/2009
Pay Date: 05/15/2009

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

Social Security Number: ███

GERRY R SPRINGER
728 S MCCANSE
MT VERNON, MO 65712

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1651.85 | 75.67 | 1,651.85 | |
| Vacation | | 5.00 | | |
| **Gross Pay** | | | **$1,651.85** | 16,005.91 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Section 125 | | 293.39 |
| Check | | ███ |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -142.27 | 1,573.42 |
| | Social Security Tax | -84.23 | 828.66 |
| | Medicare Tax | -19.70 | 193.80 |
| | MO State Income Tax | -26.00 | 290.00 |
| | **Other** | | |
| | Checking | -1,010.20 | |
| | Group Dental | -19.35* | 174.15 |
| | Group Health | -194.00* | 1,746.00 |
| | Grp Gtl | -2.33* | 20.97 |
| | Grp Ltd | -3.05* | 27.42 |
| | Medical Spend | -50.00* | 450.00 |
| | FT Std | -24.65* | 221.85 |
| | United Way | -10.00 | 90.00 |
| | 401K | -66.07* | 640.21 |
| | **Net Pay** | | **$0.00** |

### Additional Tax Withholding Information

Taxable Marital Status: Married
Exemptions/Allowances: MO

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,292.39
Your MO taxable wages this period are
$1,292.39

---

GREAT SOUTHERN FINANCIAL CORP.
P.O. BOX 9009
SPRINGFIELD, MO 65806

Advice number: 00000200054
Pay date: 05/15/2009



Deposited to the account of
GERRY R SPRINGER

| account number | transit ABA | amount |
|---|---|---|
| ███ | ███ | $1,010.20 |

# NON-NEGOTIABLE

# Earning Statement

**ADP**

GREAT SOUTHERN FINANCIAL CORP.
P.O. BOX 9009
SPRINGFIELD, MO 65808

Period Ending:   04/15/2009
Pay Date:        04/30/2009

Taxable Marital Status
  Federal:      Single
Exemptions/Allowances
  Federal:      0

Social Security Number: ███

GERRY R SPRINGER
728 S MCCANSE
MT VERNON, MO 65712

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1651.85 | 86.67 | 1,651.85 | |
| **Gross Pay** | | | **$1,651.85** | 14,354.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Section 125 | 292.39 | |
| Check | | ███ |

### Additional Tax Withholding Information
Taxable Marital Status
  MO:           Married
Exemptions/Allowances
  MO:           1

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -142.27 | 1,431.15 |
| Social Security Tax | | -84.23 | 744.44 |
| Medicare Tax | | -19.70 | 174.10 |
| MO State Income Tax | | -26.00 | 264.00 |
| **Other** | | | |
| Checking | | -1,010.19 | |
| Group Dental | | -19.35* | 154.80 |
| Group Health | | -194.00* | 1,552.00 |
| Grp GLI | | -2.33* | 18.64 |
| Grp LTD | | -3.04* | 24.36 |
| Medical Spend | | -50.00* | 400.00 |
| PT Std | | -24.65* | 197.20 |
| United Way | | -10.00 | 80.00 |
| 401K | | -66.07* | 574.14 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,292.39
Your MO taxable wages this period are
$1,292.39

GREAT SOUTHERN FINANCIAL CORP.
P.O. BOX 9009
SPRINGFIELD, MO 65808

Advice number:   00000180052
Pay date:        04/30/2009



Deposited to the account of
**GERRY R SPRINGER**

| account number | transit ABA | amount |
|---|---|---|
| ███ | ███ | $1,010.19 |

## NON-NEGOTIABLE

# Earnings Statement

**ADP**

GREAT SOUTHERN FINANCIAL CORP.
P.O. BOX 9009
SPRINGFIELD MO 65808

Period Ending: 03/31/2009
Pay Date: 04/15/2009

Taxable Marital Status
  Federal            Single
Exemptions/Allowances
  Federal            0

Social Security Number: [redacted]

GERRY R SPRINGER
728 S MCCANSE
MT VERNON, MO 65712

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1651.85 | 86.67 | 1,651.85 | |
| **Gross Pay** | | | **$1,651.85** | 12,702.21 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Section 125 | | 293.39 |
| Check | | [redacted] |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -142.27 | 1,288.88 |
| | Social Security Tax | -84.22 | 660.21 |
| | Medicare Tax | -19.05 | 154.42 |
| | MO State Income Tax | -26.00 | 238.00 |
| | Other | | |
| | Checking | -1,010.21 | |
| | Group Dental | -19.35* | 135.45 |
| | Group Health | -194.00* | 1,358.00 |
| | Grp Gtl | -2.33* | 16.31 |
| | Grp Ltd | -3.06* | 21.30 |
| | Medical Spend | -50.00* | 350.00 |
| | PT Std | -24.65* | 172.55 |
| | United Way | -10.00 | 70.00 |
| | 401K | -66.07* | 508.07 |
| **Net Pay** | | | **$0.00** |

### Additional Tax Withholding Information
Taxable Marital Status:
  MO            Married
Exemptions/Allowances:
  MO            0

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,292.39
Your MO taxable wages this period are
$1,292.39

---

GREAT SOUTHERN FINANCIAL CORP.
P.O. BOX 9009
SPRINGFIELD, MO 65808

Advice number: 00000160053
Pay date: 04/15/2009

Deposited to the account of                   account number    transit ABA    amount
GERRY R SPRINGER                                                                $1,010.21

**NON-NEGOTIABLE**

# Earning Statement

**ADP**

GREAT SOUTHERN FINANCIAL CORP
P O BOX 9009
SPRINGFIELD, MO 65808

Period Ending:   03/15/2009
Pay Date:        03/31/2009

Taxable Marital Status
 Federal     Single

Exemptions/Allowances
 Federal     0

Social Security Number: ███

GERRY R SPRINGER
728 S MCCANSE
MT VERNON, MO 65712

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1651.85 | 86.67 | 1,651.85 | |
| **Gross Pay** | | | **$1,651.85** | 11,050.36 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -142.27 | 1,146.61 |
| Social Security Tax | | -84.22 | 575.99 |
| Medicare Tax | | -19.69 | 134.71 |
| MO State Income Tax | | -26.00 | 212.00 |
| **Other** | | | |
| Checking | | -1,010.21 | |
| Group Dental | | -19.35* | 116.10 |
| Group Health | | -194.00* | 1,164.00 |
| Grp Gtl | | -2.33* | 13.98 |
| Grp Ltd | | -3.06* | 18.24 |
| Medical Spend | | -50.00* | 300.00 |
| PT Std | | -24.65* | 147.90 |
| United Way | | -10.00 | 60.00 |
| 401K | | -66.07* | 442.00 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Section 125 | | 293.39 |
| Check | | ███ |

**Additional Tax Withholding Information**

Taxable Marital Status
 MO    Married
Exemptions/Allowances
 MO    1

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,292.39
Your MO taxable wages this period are
$1,292.39



GREAT SOUTHERN FINANCIAL CORP.
P. O. BOX 9009
SPRINGFIELD, MO 65808

Advice number:   00000130050
Pay date:        03/31/2009

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GERRY R SPRINGER | ███ | ███ | $1,010.21 |

**NON-NEGOTIABLE**

# Earning Statement

**ADP**

GREAT SOUTHERN FINANCIAL CORP
P.O BOX 9009
SPRINGFIELD, MO 65808

Period Ending: 02/28/2009
Pay Date: 03/13/2009

Taxable Marital Status
Federal: Single

Exemptions Allowances
Federal: 0

Social Security Number: ███

GERRY R SPRINGER
728 S MCCANSE
MT VERNON, MO 65712

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1651.85 | 82.67 | 1,651.85 | |
| Sick | | 4.00 | | |
| **Gross Pay** | | | **$1,651.85** | 8,964.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -142.27 | 921.70 |
| | Social Security Tax | -84.22 | 464.84 |
| | Medicare Tax | -19.69 | 108.71 |
| | MO State Income Tax | -26.00 | 166.00 |
| | Other | | |
| | Checking | -1,010.21 | |
| | Group Dental | -19.35* | 96.75 |
| | Group Health | -194.00* | 970.00 |
| | Grp Qtl | -2.33* | 11.65 |
| | Grp Ltd | -3.06* | 15.18 |
| | Medical Spend | -50.00* | 250.00 |
| | P T Std | -24.65* | 123.25 |
| | United Way | -10.00 | 50.00 |
| | 401K | -66.07* | 358.56 |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Section 125 | 293.39 | |
| Check | | ███ |

### Additional Tax Withholding Information
Taxable Marital Status:
MO: Married
Exemptions Allowances:
MO: 0

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,292.39
Your MO taxable wages this period are
$1,292.39

---

GREAT SOUTHERN FINANCIAL CORP.
P.O. BOX 9009
SPRINGFIELD, MO 65808

Advice number: 00000110051
Pay date: 03/13/2009



Deposited to the account of
**GERRY R SPRINGER**

account number | transit ABA | amount
███ | | $1,010.21

## NON-NEGOTIABLE