IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:
    Max W. Springer, and
    Gerry R. Springer
        Debtors

Case No:

## DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS

I, __Max W. Springer__, hereby state and declare under penalty of perjury that:

____ I received no payments from employer(s) for the 60 days prior to filing my bankruptcy petition.

____ I received no payments from any employer from ____ to ____ prior to the filing of my bankruptcy petition. Payment advices for the remainder of the 60 day period have been provided.

__xx__ I was self-employed. Net income for 60 days prior to filing my bankruptcy petition is itemized on the attachment to this document to show how the amount was calculated.

Date: _____

_____
Debtor

Subscribed and sworn before me this ____ day of _____, 2009.

_____
Notary Public

My Commission Expires:

_____

Summary of payments within the last 60 days to Max Springer from Big Bass Construction

| Date | Amount |
| --- | --- |
| 4 3 09 | $800 |
| 4 10 09 | $800 |
| 4 17 09 | $800 |
| 4 24 09 | $800 |
| 5 15 09 | $300 |
| 5 22 09 | $800 |

I verify that the above lists all payments received within the last 60 days

X_____
Max Springer