# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  MAX WINDELL SPRINGER
       GERRY R SPRINGER

                              Case No.:  09-30605-jwv-13

       **Debtors**

## CHAPTER 13 TRUSTEE'S CERTIFICATION
## CONCERNING INITIAL CONFIRMATION OF DEBTOR'S PLAN

    Comes now Richard V. Fink, Chapter 13 Trustee, and for his certification states as follows:

    He is the Standing Chapter 13 Trustee and has reviewed debtor's schedules and plan and has conducted a Section 341(a) meeting of creditors. Based on the information available, the proposed plan appears to be feasible, submitted in good faith, and not for any reason prohibited by law, and complies with applicable provisions of 11 U.S.C.  The trustee is not aware of any objection to or rejection of the plan that has not been resolved, withdrawn or ruled upon.

    July 27, 2009

                                           Respectfully submitted,

                                           /s/ Richard V. Fink, Trustee

                                           Richard V. Fink, Trustee
                                           818 Grand Blvd., Suite 800
                                           Kansas City, MO 64106-1901

                                           LB     /Certification Confirmation